Per Curiam.
 

 [¶1] F.M.G. appeals from the district court's order entered on April 3, 2018, for continued treatment at the North Dakota State Hospital for a period not to exceed one year. F.M.G. argues the State Hospital did not present clear and convincing evidence that she is a mentally ill person requiring treatment. The district court found by clear and convincing evidence that F.M.G. is a mentally ill person requiring treatment. We affirm under N.D.R.App.P. 35.1(a)(2).
 

 [¶2] Gerald W. VandeWalle, C.J.
 

 Daniel J. Crothers
 

 Lisa Fair McEvers
 

 Jon J. Jensen
 

 Jerod E. Tufte